# Third District Court of Appeal

## State of Florida

Opinion filed March 6, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-0434
Lower Tribunal No. 08-47364
_____

**Edward Mozie,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A case of Original Jurisdiction-Habeas Corpus.

Edward Mozie, in proper person.

Ashley Moody, Attorney General, for respondent, the State of Florida.

Before SALTER, LINDSEY, and MILLER, JJ.

MILLER J.

Upon review of the petition for writ of habeas corpus, it is ordered that said petition is dismissed.  See Baker v. State, 878 So. 2d 1236 (Fla. 2004).